FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

APR - 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **4:19CR00279 RWS** |
| ) | |
| MARIA TERRY, ) | |
| ) | |
| Defendant. ) | |

# INFORMATION

The United States Attorney charges that:

## INTRODUCTION

1. On or about November 7, 2018, defendant **MARIA TERRY**, using the Twitter user account "@VVunderVVoman," posted on Twitter the following "Tweet" or message: "@PPact DV Terror~I'm gonna blow Up ALL YOUR FACILITIES AND CUT THE EYES OUT OF YOUR DOULAS."

2. The Tweet was viewable to the public on Twitter and was directed at the user account "@PPact," which is an account operated by the Planned Parenthood Action Fund.

3. Planned Parenthood is a nationwide healthcare provider that provides reproductive health services, among other health services, to patients.

4. Paragraphs 1 through 3 are hereby incorporated by reference into each and every count set forth below.

## COUNT I
(Freedom of Access to Clinic Entrances)

On or about November 7, 2018, within the Eastern District of Missouri, the defendant,

**MARIA TERRY,**

by threat of force, intentionally intimidated and interfered with, and attempted to intimidate and interfere with, another person associated with Planned Parenthood, because that person was or had been, and in order to intimidate that person and any other person from, obtaining and providing reproductive health services, in violation of Title 18, United States Code, § 248(a)(1).

## COUNT II
(Interstate Communications with Intent to Threaten Injury)

On or about November 7, 2018, within the Eastern District of Missouri, the defendant,

**MARIA TERRY,**

knowingly transmitted in interstate commerce, the above-described message, which contained a threat to injure employees of Planned Parenthood, with the intent to make a threat and with the knowledge that the communication would be viewed as a threat, in violation of Title 18, United States Code, § 875(c).

JEFFREY B. JENSEN
United States Attorney

*(signature)*

JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney

UNITED STATES OF AMERICA        )
EASTERN DIVISION                )
EASTERN DISTRICT OF MISSOURI    )

I, Jennifer A. Winfield, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

*[signature]*
JENNIFER A. WINFIELD, 53350MO

Subscribed and sworn to before me this 3rd day of April 2019.

*[signature]*
CLERK, U.S. DISTRICT COURT

By: *[signature]*
DEPUTY CLERK