UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

APR - 9 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIA TERRY,

    Defendant.

**WAIVER OF INDICTMENT**

**4:19CR00279 RWS**

    I, MARIA TERRY, the above named defendant, who is accused of violating the Freedom of Access to Clinic Entrances Act in violation of Title 18, United States Code, Section 248(a)(1) and Interstate Communications with Intent to Threaten Injury in violation of Title 18, United States Code, Section 875(c), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on April ___9___, 2019, prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

4/9/19