UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
|       v. | ) No. 4:19-cr-00279-RWS |
| | ) |
| MARIA TERRY, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO FILE UNDER SEAL

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Jennifer A. Winfield, Assistant United States Attorney for said District, and hereby moves this Court to file its document Under Seal.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

 */s/ Jennifer A. Winfield*
JENNIFER A. WINFIELD, #53350MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200
(314) 539-2309 FAX
jennifer.winfield@usdoj.gov

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                 */s/ Jennifer A. Winfield*
                                                 JENNIFER A. WINFIELD, #53350MO
                                                 Assistant United States Attorney